*In re* HÉCTOR J. MIRANDA CASASNOVAS.

*Número:* TS-6160     *Resuelto:* 7 de mayo de 1999

*Carmen R. Cintrón Ferrer,* Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *Héctor J. Miranda Casasnovas,* pro se.

## RESOLUCIÓN

### I

El pasado 12 de marzo de 1999, mediante opinión *per curiam,* suspendimos al Lcdo. Héctor J. Miranda Casasnovas del ejercicio de la profesión de abogado y la notaría por no haber satisfecho la cuota anual del Colegio de Abogados, y haber hecho caso omiso a nuestras notificaciones remitidas por correo certificado a su dirección en el expediente.

Notificado el licenciado Miranda Casasnovas, el 30 de marzo, el Alguacil del Tribunal se incautó de su obra y sello

notariales para que sean remitidos a la Oficina de Inspección de Notarías.

El 14 de abril, Miranda Casasnovas nos solicitó urgentemente su reinstalación, exponiendo haber satisfecho el pago de la cuota al Colegio de Abogados. Sobre el cambio de dirección nos ofreció disculpas, aduciendo que problemas familiares lo obligaron a mudarse súbitamente a una vivienda rural donde no contaba con servicio postal ni telefónico. Nos señaló que notificó la nueva dirección al Colegio de Abogados y a la Oficina de Inspección de Notarías. Sin embargo, en su expediente no consta dicha notificación.

## II

A la luz de lo expuesto, no procede reconsiderar la suspensión original decretada, que fue efectiva el día de la notificación. En su lugar, limitamos la suspensión al período de tiempo transcurrido y reinstalamos hoy a la abogacía al licenciado Miranda Casasnovas. Oportunamente la Oficina de Inspección de Notarías nos rendirá un informe en torno a su obra notarial. Se le apercibe al licenciado Miranda Casasnovas del estricto cumplimiento en el futuro de sus responsabilidades como abogado.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López y la Juez Asociada Señora Naveira de Rodón no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*